*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                                          : Chapter 7

Zahaire Dyshae Knight                                                          : Case No. 25–12164–djb
      Debtor(s)

***ORDER***
_____

AND NOW, this day , September 10, 2025 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

      By The Court

      Derek J Baker
      Judge, United States Bankruptcy Court

11
Form 195